**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Fax 914-937-3950
Email Joev63542@aol.com

VIA ECF

September 12, 2022

Hon. Vincent Briccetti
United States District Court Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: USA v. Rashaad Harcum; 22 Cr. 146 (VB)

Dear Judge Briccetti:

With the consent of the Government by AUSA Derek Wikstrom I am requesting that Mr. Harcum's sentencing date be adjourned from September 22, 2022, to any available date during the week of October 3, 2022. Based upon discussions with chambers, I understand that October 3 or October 7 may be available dates.

I am also requesting on consent of the Government that the Court allow 9/21/22 for the defense sentencing submission and 9/28/22 for the Government sentencing submission.

I received 1st draft of PSR on 9/1/22. I need the additional time to obtain and review sentencing materials and complete the defense sentencing submission.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

---

**APPLICATION GRANTED**
**SO ORDERED:**

Vincent L. Briccetti, U.S.D.J.
Dated: 9/12/22
White Plains, NY

Defendant's sentencing adjourned to 10/7/2022 at 9:30 a.m. Defense sentencing submission due 9/21/22. Government submission due 9/28/22