**JOSEPH A. VITA**
**ATTORNEY AT LAW**
327 Irving Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Fax 914-937-3950
Email Joev63542@aol.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/25
```

VIA ECF

May 14, 2025

Hon. Vincent Briccetti
United States District Court Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: USA v. Rashaad Harcum; 22 Cr. 146 (VB)        Letter Motion

Dear Judge Briccetti:

   I was recently contacted by my client, Mr. Harcum. He was released from Federal Custody in March 2025 after receiving an Executive Grant of Clemency and is presently on supervised release, under the supervision of Probation Officer Brianna Willborn. At the time of his arrest, Mr. Harcum was required to surrender to the pretrial service office his passport as a condition of his release on bail. The Pretrial Service Office is still holding the passport. Probation has informed Mr. Harcum that a Court order is necessary before pretrial services will authorize return of the passport. Probation Officer Brianna Willborn has informed me that she has no objection to returning the passport. She also indicated that Mr. Harcum was reminded that all international travel must be approved by the Court beforehand. The Government has also indicated that they do not object to the passport return if probation does not object.

   I am requesting that the Court authorize the passport return.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

APPLICATION GRANTED
SO ORDERED:
_____
Vincent L. Briccetti, U.S.D.J.
Dated: 5/15/25
White Plains, NY

Pretrial Services is directed to return the passport. All international travel must be approved in advance by the Probation Officer.